UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RONALD HAMPTON,<br><br>   Defendant. | No. CR-10-0038 CW<br><br>**[Proposed]**<br>**ORDER AUTHORIZING PRODUCTION OF MATERIALS THROUGH A SUBPOENA DUCES TECUM**<br>**[Local Rule 17-2]** |

Based on the *ex parte* application submitted by Defendant, through counsel, pursuant to Federal Rule of Criminal Procedure 17 and Northern District of California Criminal Local Rule 17-2, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant is authorized to serve on Metro PCS the subpoena duces tecum submitted with Defendant's application.

**IT IS FURTHER ORDERED** that the subpoena may require production of the subpoenaed materials before this Court by April 16, 2010.

**IT IS SO ORDERED.**

Dated: March 15, 2010

Laurel Beeler
United States Magistrate Judge