1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone:  (510) 637-3929
7      Facsimile:   (510) 637-3724
       E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,         )   Nos.  CR 09-00203 CW
                                     )         CR 10-00038 CW
15         Plaintiff,                )
                                     )   [PROPOSED] ORDER TO EXCLUDE
16      v.                           )   TIME UNDER THE SPEEDY TRIAL ACT
                                     )   FROM APRIL 23, 2010, TO MAY 12, 2010
17                                   )
   RONALD GENE HAMPTON,              )   Date:    May 12, 2010
18                                   )   Time:    10:00 a.m.
         Defendant.                  )   Court:   Hon. Laurel Beeler
19                                   )
   _____)
20

21      The defendant, Ronald Gene Hampton, represented by Mark Vermeulen, and the

22 United States, represented by Garth Hire, Assistant United States Attorney, appeared before

23 United States Magistrate Judge Donna M. Ryu on April 23, 2010 for a status conference in the

24 above-entitled matters.  During the appearances, the parties requested to continue the matter in

25 light of the production of additional discovery and so that counsel for the defendant may review

26 that discovery and evaluate the need for motions or trial and to confer with the defendant.

27

28

[PROPOSED] ORDER

1  On that basis, the parties requested that the matter be continued to May 12, 2010, before
2  United States Magistrate Judge Laurel Beeler.  The parties jointly requested that time be
3  excluded under the Speedy Trial Act from April 23, 2010, to May 12, 2010, for effective
4  preparation of counsel as described above.

5  Based upon the representation of counsel and for good cause shown, the Court finds that
6  failing to exclude the time between April 23, 2010, and May 12, 2010, would unreasonably deny
7  the defendant and defense counsel the reasonable time necessary for effective preparation, taking
8  into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court
9  further finds that the ends of justice served by excluding the time between April 23, 2010, and
10 May 12, 2010, from computation under the Speedy Trial Act outweigh the best interests of the
11 public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).  Therefore, IT
12 IS HEREBY ORDERED that the time between April 23, 2010 and May 12, 2010, shall be
13 excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
14 and (B)(iv).

16 DATED: 5/6/2010

GRANTED
[signature: Judge Donna M. Ryu]

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER
-2-