IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>RONALD GENE HAMPTON,<br><br>  Defendant.<br>_____/ | No.10-00038 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

   The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

   Defendant Ronald Gene Hampton's plea of guilty is accepted by the Court as to Count (1) One of the Indictment charging Defendant Ronald Gene Hampton with intent to distribute methamphetamine in violation of U. S. C. Section 841(a)(1)(b)(1)(B)(viii).  Sentencing is set for Wednesday, July 28, 2010 at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 5/28/2010

_____
CLAUDIA WILKEN
United States District Judge

cc:  LB, Probation, Wings